**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Velia NAJERA RAMIREZ, Defendant–Appellant.**

**No. 06–20085 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

John Riley Friesell, Bellaire, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Velia Najera Ramirez appeals the sentence imposed following her guilty-plea conviction of illegal use of a communication facility, in violation of 21 U.S.C. § 843(b). Najera Ramirez's sole issue on appeal is that the district court erred by ordering her to cooperate in the collection of a DNA sample as a condition of supervised release. This claim is not ripe for review on direct appeal. *See United States v. Carmichael*, 343 F.3d 756, 761–62 (5th Cir. 2003). Najera Ramirez concedes that this issue is foreclosed.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.